UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE JAMES CROUCH,<br><br>Petitioner,<br><br>v.<br><br>T. BUSBY, Acting Warden,<br><br>Respondent. | NO. CV 13-6994-BRO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made, as well as Petitioner's Application for Certificate of Appealability. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: June 2, 2015

_____
BEVERLY REID O'CONNELL
United States District Judge