UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE JAMES CROUCH,<br><br>   Petitioner,<br><br> v.<br><br>T. BUSBY, Acting Warden,<br><br>   Respondent. | NO.  CV 13-6994-BRO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 2, 2015

_____
BEVERLY REID O'CONNELL
United States District Judge